UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS FLOYD and TERRY FABRICANT,

        Plaintiffs,                      Case Number 23-11433

v.                                            Honorable David M. Lawson

RAPID SOLUTIONS LLC d/b/a
RAPID TAX SOLUTIONS,

        Defendant.
_____/

## ORDER OF DISMISSAL

On October 11, 2023, the parties informed the Court that they had reached an agreement to resolve all of the claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before November 11, 2023**.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated: October 12, 2023